PHILLIP A. TALBERT
United States Attorney
PATRICK J. SUTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK F. FRIEND,<br><br>Defendant and Judgment Debtor.<br><br>PRINCIPAL FINANCIAL GROUP,<br><br>Garnishee. | CASE NO.: 2:17-MC-00096-GEB-KJN<br><br>**STIPULATION AND EXTENSION REGARDING WRIT OF GARNISHMENT (RETIREMENT ACCOUNTS)**<br><br>CRIMINAL CASE. NO.: 2:15-CR-00083-GEB<br><br>No Hearing Requested |

On November 18, 2016, the Court sentenced Defendant/Judgment Debtor Mark F. Friend ("Defendant") in case number 2:15-CR-00083-GEG. Defendant's sentence included an order to pay a $100 statutory assessment and $1,889,379 in criminal restitution. In an effort to collect upon this debt, the United States commenced the instant miscellaneous action seeking a writ of garnishment on certain retirement accounts in the name of Paula Friend, Defendant's spouse, in which Defendant is believed to have an interest. (Dkt. 2) The Clerk of the Court issued the writ of garnishment on June 15, 2017. (Dkt. 4). The United States thereafter served the garnishment package on counsel for Defendant and separately on counsel for Mrs. Friend.

///

STIPULATION AND EXTENSION REGARDING
WRIT OF CONTINUING GARNISHMENT
(RETIREMENT ACCOUNTS)

1

Pursuant to 28 U.S.C. § 3205, et seq., Mrs. Friend has twenty (20) days from receipt of the Answer of Garnishee to file a claim for exemption or otherwise request a hearing. Based on the service date of the Answer of Garnishee, Mrs. Friend's response is due by August 11, 2017.

To facilitate an informal resolution of this matter, the parties stipulate and agree that due date for Paula Friend's response to the pending Writ of Garnishment (Retirement Accounts) in the above-captioned miscellaneous case shall be continued from August 11, 2017 to October 2, 2017.

FOR THE UNITED STATES OF AMERICA:

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: August 10, 2017

*/s/ Patrick J. Suter*
PATRICK J. SUTER
Assistant United States Attorney

FOR PAULA FRIEND

*/s/ Kent Calfee*
Dated: August 10, 2017
KENT CALFEE, Counsel for Paula Friend

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK F. FRIEND,<br><br>Defendant and Judgment Debtor. | CASE NO. 2:17-MC-00096-GEB-KJN<br><br>**ORDER REGARDING STIPULATION AND EXTENSION OF WIRT OF GARNISHMENT (RETIREMENT ACCOUNTS)**<br><br>CRIMINAL CASE NO.: 2:15-CR-00083-GEB |
| PRINCIPAL FINANCIAL GROUP<br><br>Garnishee. | |

The Court, having reviewed the court files and the parties' Stipulation Regarding Writ of Garnishment (the Stipulation), and finding good cause therefor, hereby APPROVES the Stipulation.

ACCORDINGLY, the Court hereby ORDERS that Paula Friend's response to the pending Writ of Garnishment (Retirement Accounts) in the above-captioned miscellaneous case shall be continued from August 11, 2017, to October 2, 2017.

IT IS SO ORDERED.

Dated: August 14, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE