1  PHILLIP A. TALBERT
   United States Attorney
2  PATRICK J. SUTER
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5
   Attorneys for Plaintiff
6  United States

7

8              IN THE UNITED STATES DISTRICT COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MARK F. FRIEND,<br><br>　　　　　Defendant and Judgment Debtor.<br><br>PRINCIPAL FINANCIAL GROUP,<br><br>　　　　　Garnishee. | CASE NO.: 2:17-MC-00096-GEB-KJN<br><br>**STIPULATION AND EXTENSION REGARDING WRIT OF GARNISHMENT (RETIREMENT ACCOUNTS)**<br><br>CRIMINAL CASE. NO.: 2:15-CR-00083-GEB<br><br>No Hearing Requested |

On November 18, 2016, the Court sentenced Defendant/Judgment Debtor Mark F. Friend ("Defendant") in case number 2:15-CR-00083-GEG. Defendant's sentence included an order to pay a $100 statutory assessment and $1,889,379 in criminal restitution. In an effort to collect upon this debt, the United States commenced the instant miscellaneous action seeking a writ of garnishment on certain retirement accounts in the name of Paula Friend, Defendant's spouse, in which Defendant is believed to have an interest. (Dkt. 2) The Clerk of the Court issued the writ of garnishment on June 15, 2017. (Dkt. 4). The United States thereafter served the garnishment package on counsel for Defendant and separately on counsel for Mrs. Friend.

Stipulation                                  1

Pursuant to 28 U.S.C. § 3205, et seq., Mrs. Friend had twenty (20) days from receipt of the Answer of Garnishee to file a claim for exemption or otherwise request a hearing. Based on the service date of the Answer of Garnishee, Mrs. Friend's response was due by August 11, 2017. The parties, to facilitate an informal resolution of this matter, previously stipulated that the due date for Paula Friend's response would be extended to October 2, 2017. The Court approved the stipulation on August 14, 2017. (Dkt. No. 8) The parties remain engaged in settlement discussions and have agreed to further continue Paula Friend's response date to November 3, 2017.

Based on the foregoing, the parties stipulate and agree that due date for Paula Friend's response to the pending Writ of Garnishment (Retirement Accounts) in the above-captioned miscellaneous case shall be continued from October 2, 2017 to November 3, 2017.

FOR THE UNITED STATES OF AMERICA:

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Dated: September 27, 2017      */s/ Patrick J. Suter*
PATRICK J. SUTER
Assistant United States Attorney

FOR PAULA FRIEND

Dated: September 27, 2017      */s/ Kent Calfee*
KENT CALFEE, Counsel for Paula Friend

**O R D E R**

The Court, having reviewed the court files and the parties' Stipulation Regarding Writ of Garnishment (the Stipulation), and finding good cause therefor, hereby APPROVES the Stipulation.

ACCORDINGLY, the Court hereby ORDERS that Paula Friend's response to the pending Writ of Garnishment (Retirement Accounts) in the above-captioned miscellaneous case shall be continued from October 2, 2017 to November 3, 2017.

IT IS SO ORDERED.

Dated: September 28, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE