IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARK F. FRIEND,<br><br>Defendant and Judgment Debtor.<br><br>PRINCIPAL FINANCIAL GROUP,<br><br>Garnishee. | CASE NO. 2:17-MC-00096-GEB-KJN<br><br>**ORDER TERMINATING THE WRIT OF GARNISHMENT (RETIREMENT ACCOUNTS)** |

The Court, having reviewed the court files and the United States' Application for Order Terminating the Writ of Garnishment (the "Application"), and finding good cause therefrom, hereby GRANTS the Application. The Writ of Garnishment issued under this miscellaneous case number against Mark F. Friend is hereby TERMINATED pursuant to 28 U.S.C § 3205(c)(10)(A), and this case is hereby CLOSED.

IT IS SO ORDERED.

Dated: November 27, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TERMINATING THE WRIT OF
GARNISHMENT (RETIREMENT ACCOUNT)

1